Loren WILSON, Appellant,

v.

3–M, Respondent,

Second Injury Fund, State of Missouri, Respondent.

No. 80948.

Supreme Court of Missouri, En Banc.

Nov. 3, 1998.

John B. Boyd, John R. Boyd, Michelle Dawn Haskins, Boyd, Kenter & Stewart, L.L.C., Independence, for appellant.

Brian Fowler, Evans & Dixon, Kansas City, for respondent 3–M.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, Cara Lee Harris, Asst. Atty. Gen.,

---

Springfield, for respondent Second Injury Fund.

PER CURIAM.

Reversed and remanded for the reasons stated in *Farmer v. Barlow Truck Lines, Inc. et al.,* 979 S.W.2d 169 (Mo. banc 1998).

All concur.